**UNITED STATES DISTRICT COURT**
for the District of New Jersey [LIVE]
Camden, NJ

EDWARD D. COLLINS

                        Plaintiff,

v.	Case No.: 1:20-cv-05984-JHR-JS

CITY OF PLEASANTVILLE, et al.

                        Defendant.


Clerk, Superior Court of New Jersey
Atlantic County Courthouse
1201 Bacharach Boulevard
Atlantic City, NJ 08401

State No: ATL L 001145 20

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.


                                                  Very truly yours,

                                                  William T. Walsh, Clerk
                                                  By Deputy Clerk, rss


encl.
cc: All Counsel